# United States District Court
## Southern District of Georgia

MICHAEL DEANGELO HODGES,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-98

CORRECT HEALTH PROVIDER; NURSE CROWDER; and CHATHAM COUNTY SHERIFF OFFICE,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 8, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge that the Complaint be DISMISSED for failure to comply with a court order. This case stands CLOSED.

Approved by: _____

July 11, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk